# Third District Court of Appeal

## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-649
Lower Tribunal No. F13-27250

_____

**Orlier Suarez Albo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Orlier Suarez Albo, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. See Persaud v. State, 838 So. 2d 529, 531-32 (Fla. 2003) ("[The Florida Supreme Court] does not have jurisdiction to review per curiam decisions of the district courts of appeal that merely affirm with citations to cases not pending review in [the court.]"); Beaty v. State, 701 So. 2d 856, 857 (Fla. 1997) (holding that where the District Court of Appeal issues an opinion with a citation to a case or cases that are not pending before the Florida Supreme Court, the time for filing a rule 3.850 motion begins to run from the time that the District Court issues its mandate and is not affected by a petition before the Florida Supreme Court seeking discretionary review.).